IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



MAY 3 0 2006

JAMES BONINI, Clerk
COLUMBUS, OHIO

UNITED STATES OF AMERICA

vs.

No. 2:06-CR-135

29 U.S.C. §501(c)

**JUDGE FROST**

DENNIS P. HARPER

INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

1. At all times relevant herein:

(a) National Postal Mail Handlers Union Local 304, hereinafter referred to as the Union, was a labor organization engaged in an industry affecting commerce within the meaning of 29 U.S.C. §§ 402(i) and 402(j).

(b) Defendant DENNIS P. HARPER was the Branch President and an Advocate of the Union and as such was an employee and an officer of a labor organization as those terms are defined in 29 U.S.C. §§ 402(f) and 402(n).

2. From on or about the period June 12, 2001 through May 11, 2002, in the Southern District of Ohio, Eastern Division, and elsewhere, Defendant DENNIS P. HARPER did unlawfully

and willingly embezzle, steal, and abstract and convert to his own use, approximately $4,851.10, more or less, which monies and funds belonged to said Union.

In violation of 29 U.S.C. §501(c).

A TRUE BILL

/s/foreperson
FOREPERSON

GREGORY G. LOCKHART
United States Attorney

GARY L. SPARTIS (0023428)
Deputy Criminal Chief

-2-